UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No.: - |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **WITHOUT PREJUDICE** |
| **Jorge Correia** | ) |
| Defendant | ) |

FILED 2003 DEC -9 A 11: 05

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

12/05/02
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this \_\_5\_\_ day of _____, 2003, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Gerald A. Field
11 Asylum Street
Hartford, CT  06103

_____
John M. McLaughlin, Esq.