UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Directv, Inc.

V.                                    Case Number: 3:03cv928(AVC)

Jorge Correia

**Notice of Voluntary Dismissal**

Doc. # **5**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, December 16, 2003.


KEVIN F. ROWE, CLERK

```
                  s/s lsf
        By: _____
            Linda S. Ferguson
            Deputy Clerk
```